UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
    Plaintiff, :
:
    v. : CASE NO. 8:99-cr-215-T-23TGW
:
GLEN T. VITTOR, :
:
    Defendant. :
:

**ORDER AMENDING JUDGMENT AND COMMITMENT
ORDER TO INCLUDE FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Correction of Clerical Error in Judgment. For good cause shown, the Motion of the United States is GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that pursuant to Rule 36, Fed. R. Crim. P., the Judgment and Commitment order be amended to incorporate Account Number 4H89, in the name of Thomas J. Vittor Irrevocable Trust, located at Spear, Leeds & Kellogg, 120 Broadway, New York, New York 10271 (hereinafter "Vittor Trust").

DONE and ORDERED in Chambers in Tampa, Florida, this 8th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Anita M. Cream, AUSA
              Attorneys of Record